UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANGEL CABRERA,

                    Petitioner,

  -against-

BUREAU OF PRISONS,

                    Respondent.
-------------------------------------------------------------X

JUDGMENT
04-CV- 4873 (ARR)

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on August 8, 2005, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted with respect to petitioner's claims; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability is granted with respect to petitioner's claims.

Dated: Brooklyn, New York
       August 09, 2005

                                                          ROBERT C. HEINEMANN
                                                          Clerk of Court